UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RICKY FOREMAN, ET AL.** | : | **DOCKET NO. 2:23-cv-00076** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **PROCTER & GAMBLE CO.** | : | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

The Report and Recommendation [doc. 24] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that plaintiffs' Motion to Remand [doc. 17] be and is hereby **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 12th day of September, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE